UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RAHIM AZIZARAB, | ) | No. CV 12-03754-TJH (VBK) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS AND |
| | ) | RECOMMENDATIONS OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| ERIC G. SALANA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report").

//
//
//
//
//
//
//
//

1 **IT IS ORDERED** that: (1) the Court accepts the findings and recommendations of the Magistrate Judge, and (2) the Petition is dismissed with prejudice.

DATED: July 30, 2012

/s/ Terry J. Hatter, Jr.
TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2