JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RAHIM AZIZARAB, | ) | No. CV 12-03754-TJH (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ERIC G. SALANA, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: July 30, 2012

TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE